UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON A. MAHE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID RIVAS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:22-CV-00536-MMD-CLB<br><br>**ORDER TO CHANGE ADDRESS AND STAY CASE** |

　　　The docket in this case reflects that Plaintiff Jason A. Mahe's ("Mahe") current address is at the Ohio Department of Rehabilitation's Lorain Correctional Institution. However, the Court received notices in two other cases filed by Mahe which show that he is no longer at Lorain Correctional Institution. *Mahe v. Dunbar*, No. 3:21-cv-00355-MMD-CLB (D. Nev. filed Aug. 12, 2021) (ECF No. 69); *Mahe v. Frazier*, No. 3:23-cv-00096-MMD-CLB (D. Nev. filed Mar. 3, 2023) (ECF No. 21). The Court takes judicial notice of the filings in Mahe's other cases and therefore finds that Mahe's listed address for this case is incorrect. Fed. R. Evid. 201(b)(1). Pursuant to Local Rule IA 3-1, Mahe must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Based on the above, Plaintiff shall have until **Monday, June 3, 2024** to file a notice of change of address, or this Court will recommend that this action be dismissed.

　　　The case is hereby STAYED in its entirety until Plaintiff files a notice of change of address.

　　　**DATED**: ___April 4, 2024___.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE